JENNIFER CLARK
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 8329
Missoula, MT 59807
105 E. Pine, 2nd Floor
Missoula, MT 59802
Phone: (406) 542-8851
Fax: (406) 542-1476
E-mail: Jennifer.Clark2@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA



FILED
MAY - 6 2021
Clerk, U.S. District Court
District Of Montana
Great Falls

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, **Plaintiff,** vs. **JACOBO PRISCILIANO SOBERANES CUADRAS,** Defendant. | CR 21- 21 -M- DLC **INDICTMENT** CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE METHAMPHETAMINE AND HEROIN Title 21 U.S.C. § 846 (Count I) (Penalty: Mandatory minimum five years to 40 years imprisonment, $5,000,000 fine, and at least four years supervised release) POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE AND HEROIN Title 21 U.S.C. § 841(a)(1) and Title 18 U.S.C. § 2 (Count II) (Penalty: Mandatory minimum five years to 40 years imprisonment, $5,000,000 fine, and at least four years supervised release) |

|   | **TITLE 21 PENALTIES MAY BE ENHANCED FOR PRIOR DRUG-RELATED FELONY CONVICTIONS** |
|---|---|

THE GRAND JURY CHARGES:

## COUNT I

That on or about February 10, 2021, in Mineral County, in the State and District of Montana, and elsewhere, the defendant, JACOBO PRISCILIANO SOBERANES CUADRAS, knowingly and unlawfully conspired with others, both known and unknown to the Grand Jury, to possess with the intent to distribute, in violation of 21 U.S.C. § 841(a)(1), 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Scheduled II controlled substance, and 100 grams or more of a mixture or substance containing a detectable amount of heroin, a Scheduled I controlled substance, in violation of 21 U.S.C. § 846.

## COUNT II

That on or about February 10, 2021, in Mineral County, in the State and District of Montana, and elsewhere, the defendant, JACOBO PRISCILIANO SOBERANES CUADRAS, knowingly possessed, with the intent to distribute, 50 grams or more of a mixture or substance containing a detectable amount of

methamphetamine, a Scheduled II controlled substance, and 100 grams or more of a mixture or substance containing a detectable amount of heroin, a Scheduled I controlled substance, and did aid and abet the same, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2.

A TRUE BILL.

Foreperson signature redacted.  Original document filed under seal.

_____
LEIF M. JOHNSON
Acting United States Attorney

_____
JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney