IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JACOBO PRISCILIANO SOBERANES CUADRAS, <br><br> Defendant. | CR 21–21–M–DLC <br><br><br> ORDER |

Before the Court is the United States' Unopposed Motion to Dismiss Indictment. (Doc. 28.) The United States moves this Court to dismiss the operative indictment without prejudice. (*Id.*) The Defendant does not object.

Accordingly, IT IS ORDERED that the motion (Doc. 28) is GRANTED.

IT IS FURTHER ORDERED that the Indictment (Doc. 1) is DISMISSED without prejudice.

IT IS FURTHER ORDERED that any pending deadlines are VACATED and the Defendant shall, without undue delay, be unconditionally discharged from custody.

The Clerk of Court is directed to close the case file.

DATED this 11th day of August, 2021.

_____
Dana L. Christensen, District Judge
United States District Court